**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herbert SMART, a/k/a Panama,**
**Defendant–Appellant.**

No. 01–6118.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2001.

Decided June 18, 2001.

Herbert Smart, pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Herbert Smart seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smart,* No. CR–97–25; CA–00–910–2 (E.D.Va. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*